

SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: October 25, 2016

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: PERCY L AMOS, JR | CASE NO.: 16-02388-NPO<br>CHAPTER 13 |
| PERCY L AMOS, JR | MOVANT |
| VS | |
| CENLAR FSB | RESPONDENT |
| HAROLD J. BARKLEY T1, JR. | RESPONDENT |

### AGREED ORDER

Considering the Objection to Secured Claim filed by Debtor (DK# 16), the response filed by Cenlar, FSB (DK # 19) and the agreement of the parties:

**IT IS HEREBY ORDERED** that the Creditor shall timely file a valid proof of claim, with Debtor reserving the right to object to said proof of claim should Debtor feel such is warranted in the circumstances.

**##END OF ORDER##**

APPROVED

*signature*
Michael Jedynak
Attorney for Creditor

*/s/ Jonathan M. Rettig* (MSB #104006
Jonathan M Rettig
Attorney for Debtor

/s/ Justin Jones for_____
Harold J. Barkley T1, Jr., Trustee
Or Attorney for Trustee


Presented by:
Michael Jedynak, MSB# 103014
Dean Morris, LLC
2309 Oliver Road
Monroe, La. 71201
Telephone No: (318) 330-9020
mjedynak@ms.creditorlawyers.com